**Fill in this information to identify the case:**

Debtor 1 __CASSANDRA MARIE TURNIPSEED__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__    District of __Georgia__
(State)

Case number __16-56700-JWC__

---

Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-JL1

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 8  3  3  7

**Property Address:** 2535 THORNTON DR
Number    Street

COLLEGE PARK, GA  30349
City    State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07/15/2021
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  CASSANDRA MARIE TURNIPSEED
First Name    Middle Name    Last Name

Case number (if known) 16-56700-JWC

## Part 4: Itemized Payment

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

❏ I am the creditor

❏ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ BRANDI R. LESESNE
Signature

Date 07/21/2021

Print:  BRANDI R.        LESESNE
First Name  Middle Name  Last Name

Title  ATTORNEY FOR CREDITOR

Company  BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  4004 BELT LINE ROAD  SUITE 100
Number    Street

ADDISON, TEXAS 75001
City    State    ZIP Code

Contact phone  (972) 341-0500

Email  GA.ND.ECF@BDFGROUP.COM

Form 4100R        Response to Notice of Final Cure Payment        page 2

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, a true and correct copy of the Statement in Response to Notice of Final Cure Payment was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ BRANDI R. LESESNE                    07/21/2021
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD  SUITE 100
ADDISON , TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
CASSANDRA MARIE TURNIPSEED
2535 THORNTON DRIVE
COLLEGE PARK, GA 30349

**DEBTOR'S ATTORNEY:**
ANGELYN M. WRIGHT
SUITE 222, 1244 CLAIRMONT ROAD
P.O BOX 3576
DECATUR, GA  30031

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVENUE
SUITE 120, SUNTRUST GARDEN PLAZA
ATLANTA, GA  30303

**UNITED STATES TRUSTEE:**
362 RICHARD RUSSELL BLDG.
75 TED TURNER DRIVE, S.W.
ATLANTA, GA  30303